1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
2  MICHAEL N. WESTHEIMER  Bar No. 178938
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5  rebecca.hull@sdma.com
   michael.westheimer@sdma.com
6
   Attorneys for Defendants
7  Metropolitan Life Insurance Company, International
   Business Machines Corp., IBM Long Term Disability
8  Plan

9
   CHARLES SCHWARTZ, P.C.
10 SHAWN RIDGELL  Bar No. 201179
   2128 Broadway
11 Oakland, California 94612
   Telephone:  (510) 986-1300
12
   Attorneys for Plaintiff
13 Carole Coleman-Lea

14

15                    UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17

18 CAROLE COLEMAN-LEA,                  CASE NO. C-05-4049-JSW

19            Plaintiff,                **STIPULATION AND [PROPOSED]
                                        ORDER TO EXTEND DEADLINE FOR
20        v.                            COMPLETION OF PRIVATE
                                        MEDIATION TO JULY 31, 2006**
21 METROPOLITAN LIFE INSURANCE
   COMPANY; et al.
22
            Defendants.
23

24        Plaintiff Carole Coleman Lea and Defendants Metropolitan Life Insurance Company,

25 International Business Machines Corp. and IBM Long Term Disability Plan (collectively, the

26 "parties"), by and through their respective counsel, hereby stipulate as follows:

27        Whereas, the Court issued an order on March 3, 2006, pursuant to the parties' stipulation,

28 directing the parties to participate in a private mediation within 90 days, and

SEDGWICK
DETERT, MORAN & ARNOLD LLP

1    Whereas, the parties have identified a mutually-acceptable mediator, Arnold Haims, and

2    are working on scheduling the mediation, and

3    Whereas, the parties have been unable to finalize the arrangements for and participate in

4    the mediation by the deadline imposed by the Court, and

5    Whereas, none of the parties has requested or received any prior extensions of deadlines

6    in this action, and

7    Whereas, none of the parties will be prejudiced by a 60-day extension of the deadline for

8    completing the mediation, to July 31, 2006, and

9    Whereas, a 60-day extension of the deadline for completing the mediation, to July 31,

10   2006, will not interfere in any way with the Court's schedule in this action,

11   Now, therefore, the parties hereby stipulate to and mutually request that the Court grant a

12   60-day extension of the deadline for completing the mediation, to July 31, 2006.

13   DATED: June __, 2006              CHARLES SCHWARTZ, P.C.

14                                     By _____

15                                       Shawn Ridgell
16                                       Attorney for Plaintiff
                                         Carole Coleman-Lea
17

18   DATED: June _1_, 2006            SEDGWICK, DETERT, MORAN & ARNOLD LLP

19                                     By _____

20                                       Rebecca A. Hull
21                                       Michael N. Westheimer
                                         Attorneys for Defendants
22                                       Metropolitan Life Insurance Company.
                                         International Business Machines Corp., IBM Long
23                                       Term Disability Plan

24   IT IS SO ORDERED.

25   Dated: _____June 2, 2006_____

26                                     _____
                                       Honorable Jeffrey S. White
27                                     United States District Judge

28