IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLE COLEMAN-LEA,<br><br>    Plaintiff,<br><br>  v.<br><br>METROPOLITAN LIFE INSURANCE<br>COMPANY et al.,<br><br>    Defendants.<br>_____/ | No. C 05-04049 JSW<br><br>**ORDER SETTING BRIEFING<br>AND HEARING SCHEDULE** |

This matter is set for a hearing on October 27, 2006 on Defendants' motion for summary judgment. The Court HEREBY ORDERS that any opposition to the motion shall be filed by no later than October 20, 2006 and a reply brief, if any, shall be filed by no later than October 27, 2006. The Court FURTHER ORDERS that the hearing on the motion shall be continued to December 8, 2006 at 9:00 a.m.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: September 25, 2006

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE