IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CAROLE COLEMAN-LEA,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY et al.,

    Defendants.

No. C 05-04049 JSW

**ORDER VACATING HEARING DATE**

    Defendants' motion for summary judgment is currently set for hearing on Friday, December 8, 2006 at 9:00 a.m. This matter is now fully briefed and ripe for decision. The Court finds that this matter is appropriate for disposition without oral argument and the matter is deemed submitted. *See* Civ. L.R. 7-1(b). Accordingly, the hearing set for December 8, 2006 is VACATED.

    **IT IS SO ORDERED.**

Dated: December 7, 2006

JEFFREY S. WHITE  
UNITED STATES DISTRICT JUDGE